```
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

| | |
|---|---|
| AYEISHA THORNTON,<br><br>            Plaintiff,<br><br>       v.<br><br>WELLS FARGO HOME MORTGAGE,<br>MCCALLA RAYMER, LLC, and RESI<br>FUND II, LLC,<br>            Defendants. | CIVIL ACTION<br><br>NO. 1:12-CV-0484-CAP |

## **O R D E R**

On March 1, 2012, the court ordered an expedited briefing schedule on the pro se plaintiff's motion for temporary restraining order (TRO). In that order, the court ordered the parties to submit a proposed amount of bond pursuant to Fed. R. Civ. P. 65(c). The plaintiff's reply and proposed bond were due by March 12, 2012, and the court warned the plaintiff that failure to submit a bond proposal would result in dismissal of her action [Doc. No. 4]. On the due date, the plaintiff filed a letter with the court styled "Motion for More time in Answer to Reply" [Doc. No. 11].

The court granted the motion for an extension and ordered the plaintiff to file a reply brief with a proposed bond amount by March 27 [Doc. No. 12]. The court gave a second warning: "If the plaintiff does not reply and include the proposed bond, or else withdraw her motion for TRO or preliminary injunction by that date, the court will dismiss this action for failure to obey lawful orders of the court, pursuant to Civil Local Rule 41.3(A)." The

docket of this case reflects the plaintiff failed to reply or withdraw her motion for TRO by the specified date.

Accordingly, this case is DISMISSED for failure to obey a lawful order of the court. All pending motions [Doc. Nos. 7, 8, 9] are DISMISSED as MOOT, and the clerk is directed to close this action.

SO ORDERED, this 30th day of March, 2012.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge