UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AYEISHA THORNTON,

        Plaintiff,

vs.

WELLS FARGO HOME MORTGAGE,
MCCALLA RAYMER, LLC and
RESI FUND II, LLC,

        Defendants.

CIVIL ACTION FILE

NO. 1: 12-cv-484-CAP

## J U D G M E N T

This action having come before the Court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of the Court's March 13, 2012 Order, and the Court having rendered its decision, it is

**Ordered and Adjudged** that the action be **DISMISSED** for Plaintiff's failure to comply with a lawful order pursuant to Local Rule 41.3(A).

Dated at Atlanta, Georgia, this 30th day of March, 2012.

                      JAMES N. HATTEN
                      CLERK OF COURT

                By:   s/ James Jarvis
                      James Jarvis, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 30, 2012
James N. Hatten
Clerk of Court

By:  s/ James Jarvis
       Deputy Clerk